RECEIVED
FEB - 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CRAIG VICTORIAN

VERSUS

WARDEN, ET AL.

DOCKET NO. 12-CV-2001; SEC. P

JUDGE JAMES T. TRIMBLE, Jr.

MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 1st day of February, 2013.

_____
JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT